JOHN BOOTH v. THE STATE.

No. 3835.   Decided November 17, 1915.

Murder—Statement of Facts—Bill of Exceptions—Affidavits.

In the absence of a statement of facts, affidavits attached to the motion for new trial, setting up newly discovered testimony, can not be considered on appeal.

Appeal from the District Court of Rusk. Tried below before the Hon. W. C. Buford.

Appeal from a conviction of murder; penalty, five years confinement in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald*, Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of murder, his punishment being assessed at five years confinement in the penitentiary.

The record is before us without a bill of exceptions or statement of facts. There are quite a number of affidavits attached to the motion for a new trial setting up newly discovered testimony. In the absence of the statement of facts it will be impossible to form any estimate of the value that might be attached to the affidavits. In fact an intelligent revision of the contents of the affidavits would be impossible without the evidence adduced on the trial.

The judgment is affirmed.

*Affirmed.*